# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON FLYNN,<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 22-CV-1623-WVG<br><br>**JOINT MOTION FOR EXTENSION OF TIME** |

Pending before the Court is the Parties' Joint Motion for Extension of Time ("Joint Motion"). (Doc. No. 10.) The Parties move the Court for a 32-day continuance of Defendant's January 6, 2023 deadline to file a responsive pleading. Defendant explains the Commissioner of Social Security requires additional time to prepare and finalize the administrative record in this matter. Given the circumstance and that Plaintiff does not oppose Defendant's request for a continuance, the Court GRANTS the Parties' Joint Motion and CONTINUES Defendant's responsive pleading deadline to **February 7, 2023**.

**IT IS SO ORDERED.**

Dated: January 3, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28