UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON FLYNN,<br><br>         Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>         Defendant. | Case No.: 22-CV-1623-WVG<br><br>**ORDER ON PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

  Before the Court is Plaintiff's Response to this Court's Order to Show Cause ("Response"). (Doc. No. 21.) On May 1, 2023, this Court issued an Order on the Parties' Joint Motion to Strike Plaintiff's Merits Brief and Modify Scheduling Order ("Order"). (Doc. No. 19.) In relevant part, the Court ordered Plaintiff to show cause why the Court should accept Plaintiff's untimely Merits Brief and abstain from issuing sanctions against Plaintiff's counsel for his failure to meet all existing deadlines to date. The Court has thoroughly reviewed and considered the entirety of Plaintiff's Response, including the supporting declarations of Plaintiff, her counsel, and his co-counsel.

  While still troubled by Plaintiff's counsel's repeated oversights leading to a cascade of missed deadlines, the Court accepts Plaintiff's Response and declines to issue sanctions against either Plaintiff herself or her counsel. The Court finds Plaintiff's counsel's

inattentiveness to the operative deadlines does not rise to the level of inexcusable neglect that would otherwise warrant the imposition of sanctions, particularly in light of counsel's efforts to meet the competing demands of his unusually excessive caseload. Accordingly, the Court accepts Plaintiff's late-filed brief and ORDERS the Parties to strictly adhere to all operative remaining deadlines in this matter, inclusive of the (1) May 17, 2023, deadline ordering Defendant to serve its portion of the Joint Motion for Judicial Review to Plaintiff; (2) May 24, 2023, deadline ordering Plaintiff to incorporate her reply to Defendant's portion of the Joint Motion for Judicial Review; and (3) May 31, 2023, deadline ordering Defendant to sign and file the Joint Motion for Judicial Review.

**IT IS SO ORDERED.**

Dated: May 5, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge